## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONTE M. MCCOY,                          :
    Plaintiff,                           :
                                         :
    v.                                   :          CIVIL ACTION NO. 26-CV-0115
                                         :
AMPLER QSR LLC, *et al.*,                 :
    Defendants.                          :

### ORDER

AND NOW, this *18th* day of May, 2026, upon consideration of Plaintiff Monte M. McCoy's Motion for Service (ECF No. 3), Supplemental Motion (ECF No. 7), Motion to Set Case for Trial (ECF No. 14), and Second Amended Complaint (ECF No. 16, "SAC"), it is **ORDERED** that:

1.    The Clerk of Court is **DIRECTED** to amend the caption of this case to reflect the Defendants named in the Second Amended Complaint: (1) Raymond F. McHugh; (2) Wallace H. Bateman Jr.; and (3) Alan J. Garabedian.

2.    McCoy's claims against Defendants McHugh, Bateman, and Garabedian are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons in the Court's Memorandum.

3.    McCoy's claim for injunctive relief is **DISMISSED WITHOUT PREJUDICE** to him seeking *habeas* relief if appropriate.

4.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
KAI N. SCOTT, J.